**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

EUGENE FEDOSEEV and OKSANA BARANCHUK,

Plaintiffs,

v.

TEMPUS LOGIX and OPEN ROAD TRUCKING,

Defendants.

Civil Action No. 24-7312 (JXN)(CF)

**ORDER**

**NEALS**, District Judge

Before the Court is Plaintiffs Eugene Fedoseev ("Fedoseev") and Oksana Baranchuk ("Baranchuk") (collectively, "Plaintiffs") motion for default judgment against Defendant Open Road Trucking ("Open Road") pursuant to Federal Rule of Civil Procedure[1] 55(b)(2). (ECF No. 17.) The Court has carefully considered Plaintiffs' submissions and decides this matter without oral argument pursuant to Federal Rule of Civil Procedure78 and Local Civil Rule 78.1. For the reasons stated in the accompanying Opinion,

**IT IS** on this **23rd** day of July 2026

**ORDERED** that:

1.  Plaintiffs' motion for default judgment against Open Road (ECF No. 17) is **DENIED without prejudice** to their ability to later refile;

2.  Plaintiffs are granted leave to properly serve Open Road within sixty (60) days of this Order and file proof of service on the docket within (65) days of this Order;

---

[1] "Rule" or "Rules" hereinafter refer to the Federal Rules of Civil Procedure.

3. Should Plaintiffs file a renewed motion for default judgment, they are directed to identify the basis upon which the Court has subject matter jurisdiction.

JULIEN XAVIER NEALS
**United States District Judge**

2